PROVIDED TO MAYO CORRECTIONAL INSTITUTION
ON 04.13.2023 (DATE FOR MAILING
\_\_\_(STAFF INITIAL) EV \_\_\_(I/M INITIAL)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Civil Case Number:_____

ERNEST VENNEU,

    *Plaintiff,*

v.

OFFICER BEHESTI,

OFFICER MUNNING,

GEO CORP.,

    *Defendants.*

_____/



FILED BY \_\_\_\_ D.C.
APR 18 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §1983

**I. Party information**

**A.** Plaintiff: Ernest Venneau

Address: Mayo Correctional Institution, 8784 U.S. Highway 27 West

Inmate/Prison No.: 788819

Year of Birth: 1971

vs.

**B.** Defendant: Officer Beshesti

Official Position: Officer Sergeant

Place of Employment: South Bay Correctional Facility, 600 U.S. Hwy 27

1

Southbay, Florida 33493

Defendant: Officer Munning

Official Position: Officer Sergeant

Place of Employment: South Bay Correctional Facility, 600 U.S. Hwy 27 Southbay, Florida 33493

Official Position: Geo Group Corporation

Place of Employment: South Bay Correctional Facility, 600 U.S. Hwy 27 Southbay, Florida 33493

## II. Statement of Claim

1. This is a civil rights complaint filed by, **Ernest Venneau**, an inmate in the Florida Department of Corrections (FDOC), for damages relief pursuant to U.S.C. 1983, alleging deliberate indifference to the welfare, safety, and protection of the plaintiff's person in violation of the Eighth Amendment of the United States Constitution.

2. Like America's society, the FDOC is diverse.

3. The only difference is the limited freedom individuals (inmates/prisoners) have who are under the FDOC care, custody, and control.

4. In these Institutions, openly gay males (homosexuals) are treated aggressively different by other inmates, specifically gang members (Security Threat Gang or "STG").

5. This treatment and assaults arise out of preventable circumstances whereas FDOC officials house a homosexual with another inmate whom the Department classifies as STG inmate.

6. According to a vast majority of STG's these organizations have creed/laws that prohibit homosexuality by its members.

7. Members who have been found to be involved in the slightest appearance of homosexuality activity are violated, even if the conduct is not true.

8. Members who are violated for reasons of homosexuality are tasked with causing great bodily harm to individuals like the plaintiff who are openly gay or feminine in order to salvage credibility within the organization.

9. However, if, in the event the member who is suspected of the homosexuality refuses to carry out the task or the rumors are true, another member within the organization "STG" is tasked with causing great bodily harm to both the member and the sissy.

10. These conflicts arise out of preventable circumstances whereas Department officials house a sissy and a gang member in the same cell to be roommates.

11. In most instances, once the situation like such are reported to Department Officials, the issue is resolved instantly by rehousing the sissy with someone with a neutral profile.

12. However, in other instances, Department officials act unprofessionally and unreasonable and disregard the notion of security, safety, and peace.

13. In 2006, the plaintiff entered the FDOC whereas he remains in custody.

14. During the initial intake processing FDOC and subsequently every facility plaintiff (inmates) is transferred are asked several questions to include sexuality preference and sexual identity related questions.

15. At times relevant plaintiff acknowledges to Department officials that he identifies as gay or transgender which is then entered in the Department database systems.

16. The Department also enters inmates that are in Security Threat Gangs in the database and at various times as it become know to officials.

17. And furthermore, the Department has a senior correctional officer ("the Gang Sergeant") at every facility to combat the potential threat gangs post to the overall function of the correctional institution.

18. The Gang Sergeant is tasked with collecting knowledge on how gangs communicate with one another, as well as becoming familiar with their symbols, creeds and laws of each gang.

19. This information is intended to ensure institutional security.

20. Plaintiff arrived at Southbay Correctional Facility on September 9, 2022.

21. Plaintiff was assigned to Charlie Dorm, cell 1109.

22. On December 17, 2022, plaintiff's cellmate discovered that plaintiff had been disguising his identity as a transgender.

23. Plaintiff's cellmate threatened to "stab" the plaintiff if he did not voluntarily remover himself from the cell.

24. Plaintiff then went to the officer's station and requested to speak with the Senior Officer (the Captain).

25. Plaintiff brief the captain on the issue at which the captain gave the plaintiff a witness statement from.

26. The plaintiff wrote he was "threatened by his cellmate" (who is a gang member) in "cell C-1109" because plaintiff was transgender and his cellmate did not want to be housed with plaintiff.

27. Plaintiff also including that he was "in fear" for his life.

28. Plaintiff at this time was removed from the general population and placed into protective management (confinement) due to the plaintiff claim of being in fear for his life.

29. The plaintiff was placed in (M)ike Dorm, wing 1 of confinement, waiting to be housed in wing 3 which is specifically known as the protective management wing at Southbay Correctional Facility.

30. Defendant Behesti came to the shower and told plaintiff "there is no room" to house plaintiff.

31. Defendant Behest: tells plaintiff "if plaintiff goes to H-Dorm" which is open population he "will make sure no inmates will hurt [plaintiff]".

32. Plaintiff tells defendant Behest: "No I'm in fear for my life because a gang members threatened to stab me in C-1109."

33. Defendant Behesti states: "If you want to make my job hard I will make your life hell" and walked out of the wing.

34. Defendant Behesti placed the plaintiff in cell M-2207 on December 17, 2022, with inmate Christopher Dean, DC# B01215.

35. On December 18, 2022, plaintiff was asleep when inmate Christopher Dean, DC# B01215 woke plaintiff up and told plaintiff to give him "some head"(oral sex).

36. Plaintiff rejected Dean's sexual advances but Dean stated he would "knock" plaintiff "out" if plaintiff kept acting like a "bitch."

37. At this instance plaintiff performed oral sex on Christopher Dean.

38. On December 19, 2022, Christopher Dean, again, woke plaintiff up to give him oral sex, and again plaintiff reluctantly performed oral sex out of fear.

39. After each encounter Inmate Dean would make plaintiff brush his teeth and wash my face to destroy any semen he may have left.

40. On December 20, 2022, plaintiff was finally able to get out of the cell for showers.

7

41. Plaintiff told Defendant Munning as he was escorting plaintiff to the shower, that Inmate Dean had sexually assaulted him on December 18, 2022 and December 19, 2022.

42. Defendant Munning came back to the shower and told plaintiff he would looked at the roster sheet and because "you're not suppose to be in that room anyway."

43. Defendant Munning said this because, Inmate Christopher Dean, was in Administrative confinement pending an investigation for sexually assaulting another inmate in general population.

44. Defendant Munning nonetheless escorted plaintiff back to the cell with inmate Dean and tells plaintiff to "pack his property" so plaintiff could be relocated to wing 3.

45. Defendant Munning leaves plaintiff in M-2207 on December 20, 2022 and does not returned to relocate plaintiff to a different cell.

46. On December 21, 2022, plaintiff told officer Martinez about his status and, plaintiff was moved to M-3104. Let it be known that M3104 was open on December 17, 2022, the night Defendant Besti placed plaintiff in M2207 so

8

plaintiff subjecting the plaint to sexual misconduct because plaintiff refused to got back to general population.

47. Plaintiff told Officer Martinez and Lt. Comm plaintiff was sexually assaulted and they both said it will be reported on December 22, 2022.

48. Also the crime scene was destroyed because defendant Munning had the ability to report what happened to plaintiff but decided to go home instead of doing his job.

49. Plaintiff seen medical on 12-22-22.

50. Plaintiff seen inspector general on 12-22-22. He stated the crime scene is destroyed. This is why no one sealed that room off or even searched it.

51. Plaintiff was given the H.I.V. Cocktail for 30 days twice a day and plaintiff seen mental health for the sexual assault on December 12, 2022.

52. Plaintiff went back to I.C.T. On 12-27-22 and was approved for resolve protection transfer because of the sexual assault.

53. Then on 1-3-23 plaintiff was moved to M-4204 house alone, waiting to be transferred.

54. On 1-3-23 from 4:30 PM until 9:30 PM I called the camera will show plaintiff in M-4204 pass out of plaintiff's door flap two knives and a four foot piece of perplex glass used to make knives, plaintiff found in cell M-4204 when plaintiff moved in.

55. From 1-7-23 until 1-14-23 the defendant Sgt. Behesti comes to plaintiff's cell M-4204 and tells plaintiff if plaintiff files another grievance against the defendant Sgt. Behesti plaintiff will end up like the inmate in M-4202. Let it be known he was murdered on 1-1-23. This plaintiff filed a grievance to the warden of South Bay I called the camera in M-3104 on 12-27-22 from 9:00 AM until 11:45 AM will show me put the grievance in the locked box it was thrown away I have a copy. See, exhibits A

56. Plaintiff transferred on 1-17-23. Plaintiff was received at Mayo Annex on 1-23-23.

57. Plaintiff filed two grievances to the warden of Mayo Annex. They disappeared on 1-24-23 in front of food service I put them in the locked grievance box, I called the camera on 1-24-23 will show me putting two grievances in the box.

58. Plaintiff filed two direct grievances to FDOC. They were sealed in an envelope. They were returned without action. See, exhibits B.

59. This plaintiff has filed two more grievances to the warden of Mayo Annex on 2-19-22, this plaintiff has continually tried to exhaust plaintiff's Administrative Remedy. So the Plaintiff can file this complaint, but this plaintiff has been met with resistance ever since this plaintiff reported the sexual assault at South Bay. See, exhibits C.

## DELIBERATE INDIFFERENCE

60. Defendant Sgt. Behesti violated this plaintiff;s Eighth Amendment Rights to the United states Constitution when the defendant was deliberately indifferent to the plaintiff's safety with total reckless disregard to the risk of serious harm, and prompted it by placing this plaintiff in cell M-2207 with inmate Christopher Dean who was already in AC confinement for raping an inmate in open population.

61. The defendant was aware of this plaintiff's safety concerns and totally recklessly disregarded that risk.

62. The Defendant SGT Behest is a senior officer and gang SGT, at south Bay correctional facility and has basic knowledge regarding the security threat to

11

a homosexual inmate, being placed in locked room with a inmate who just raped his roommate in open population.

63. The Defendant SGT Behesti deliberately disregarded that risk posed to this plaintiffs safety, by placing this homosexual plaintiff who was under protective management in cell – m- 2207 with a inmate who already in AC-confinement.

## DELIBERATE INDIFFERENCE

64. The defendant Sgt. Munning violated this plaintiff's Eighth Amendment right to the United States Constitution when this plaintiff told the defendant I was sexually assaulted by my roommate in M-2207. The defendant was deliberately indifferent to this plaintiff and totally disregarded the risk of serious harm by leaving this plaintiff in room M-2207.

65. The defendant Sgt. Munning is a senior correctional officer at South Bay Correctional facility, and is a confinement Sgt. Who has basic knowledge regarding the threat posed to homosexual inmates, who have been sexually assaulted, by their roommates when locked in a room and the plaintiff has no escape, but by the defendant Sgt. Munning.

66. The defendant Sgt. Munning was deliberately indifferent and totally disregarded the risk posed to this plaintiff out of a hazardous event where as this plaintiff told the defendant he was sexually assaulted twice as evident on December 18th and 19th 2022 and the defendant failed plaintiff on December 20, 2022 when he was made aware plaintiff's need for protection and to preserve a crime scene. The defendant just left plaintiff and went home and left plaintiff to fight for his life in M-2207.

## **RELIEF REQUESTED**

1. Jury Trial

2. and Monetary

3. Punitive damages and gross negligence (each defendant) total damages $1,000,000.00.

4. A declaration judgment stating that the defendant's acts violated the plaintiff's.

5. An injunction prohibiting the Florida Department Corrections from housing security threat Gang Member inmates with knowingly LGBTQ plus inmates.

6. An order directing the Florida Department of Corrections to develop comprehensive policy to protect LGBTQ plus inmates from preventable harm.

7. Any other relief this court deems just and proper and equitable for the life style a homosexual has to live with without the constant threat of harm, because FDOC has no policy in effect for rooming inmates that are gang related and their by laws prohibit them from living in a homosexual cell.

## CERTIFICATE AND CLOSING

Under federal Rule of Civil procedure II, I certify that to the best of my knowledge, information, and belief this complaint(1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation (2) is supported by existing law or by a non-frivolous argument for extending modifying, or reversing existing law (3) The factual contentions have evidentiary support or will likely have evidentiary support after a reasonable opportunity for further investigation or discovery and (4) the compliant otherwise complies with the requirements of Rule (11).. I agree to timely notify the clerk's office if there is any change to my mailing address. I understand that my

failure to keep a current address on file with the clerk's office may result in the dismissal of my case.

I certify and declare under penalty of perjury that the foregoing declaration of case and facts are true and correct and has been delivered to prison officials for mailing via U.S. Postal Service on this 13 day of April, 2023.

Date: 4-13-23

Ernest Venneau DC# 788819

Mayo Correctional Institution Annex

8784 U.S. Highway 27 West.

Mayo, Florida 32066

Ernest, Venneau 788819
Mayo-Annex
Mayo Correctional institution
8784 U.S. Highway 27 West
Mayo, Florida 32066

MAILED FROM A
STATE CORRECTIONAL
INSTITUTION

MAILED FROM A
STATE CORRECTIONAL
INSTITUTION
LEGAL MAIL

United States District Court
Southern District of Florida
Miami Division U.S. Courthouse
400 N. Miami Ave, Room 8
Miami FL. 33128

CORRECTIONAL INS...
FOR MAILING
INIT'L) CV (I/M INITIAL)