☒ P-R-e-a

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO: ☒ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections
From: VENNEAU, Ernest J    788819    South Bay Corrections Facility
     Last  First  Middle Initial   Number   Institution

## Part A – Inmate Grievance

On 12-17-22 I checked in because my roomate in C-1109 threatened my life because I am Transgender. When I was placed in M-dorme, Sgt Behest put me in the shower in wing-1. He came to me and said I do not have no room to house you, if you go to H-dorme I will make sure no one bothers you. I told him No. I'm in fear for my life. So he put me in M-2207 with inmate Christophe Dean #B01215, who was in AC-confinement under a P-R-e-a aligation already, and I was under protective management supose to be housed separate, per-chapter 33-602.221 (3) (d). On 12-18-22 and 12-19-22 inmate Christopher Dean made me give him oral sex, then he made me brush my teeth and wash my face, so I would have no semen on me. On 12-20-22 I was finaly able to talk with Sgt Munning when I went to shower, I told him everything that happend to please move me out of M-2207 so he took me back to my room and told me to pack my stuff, I'm not supose to be in that room I've been in for four days now and I was sexualy assaulted twice, and then Sgt Munning went home and never moved me. On 12-21-22 Officer Martinez had me moved to M-3104 the same time I told officer martinez and Lt come of my P-R-e-a claim they told me when they come back on 12-22-22 they will do all my P-R-e-a stuff and report it and they did. All staff were deliberate indiferent to my safety and security of the institution.

Releif sought: A full investigation on Sgt Behest for putting me in that room and Sgt Munning for leaving me in that room when I reported it to him.

12-27-22
DATE

Ernest Veneau 788819
SIGNATURE OF GRIEVANT AND D.C.#

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: ____ / _____
                                                                            #         Signature

### INSTRUCTIONS

his form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, lorida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

'hen the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is ititled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the mate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of e institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance ill be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

ıbmitted by the inmate on: _____  Institutional Mailing Log #: _____  _____
                           (Date)                                                (Received By)

DISTRIBUTION:  INSTITUTION/FACILITY           CENTRAL OFFICE
               INMATE (2 Copies)              INMATE
               INMATE'S FILE                  INMATE'S FILE - INSTITUTION/FACILITY
               INSTITUTIONAL GRIEVANCE FILE   CENTRAL OFFICE INMATE FILE
                                              CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 2/05)                Incorporated by Reference in Rule 33-103.019, F.A.C.

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification Security | ☐ Medical ☐ Mental Health | ☐ Dental ☒ Other Grievance Cordinator |
|---|---|---|---|---|

| FROM: | Inmate Name VENNEAU, Ernest | DC Number 788819 | Quarters D-4209 | Job Assignment — | Date 1-26-29 |
|---|---|---|---|---|---|

**REQUEST**

Check here if this is an informal grievance ☐

Can you please give me the Grievance log number for the two grievances I just filed on 1-24-23

Thank you

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): _____ DC#: 788819

— DO NOT WRITE BELOW THIS LINE —

**RESPONSE**                                    DATE RECEIVED: _____

Team 1

There is not any grievances on the log from you for 1-24-23.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _____ . (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Print Name): M. Thomas  Official (Signature): M. Thomas  Date: 1/30/23

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

# INMATE REQUEST

**STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS**

Mail Number: _____
Team Number: _____
Institution: _____

TO: (Check One)
☐ Warden
☐ Asst. Warden
☐ Classification Security
☐ Medical
☐ Mental Health
☐ Dental
☒ Other: M. Thomas — Grievance Coordinator

FROM:
Inmate Name: VENNEAU, KINEST
DC Number: 788819
Quarters: D-4209
Job Assignment: Laundry
Date: 1-31-23

## REQUEST

Check here if this is an informal grievance ☒

This is A Informal Grievance, I Transferd here from Butler R-M-C on the 1-23-23 and on 1-24-23 I put two Emergency Grievances in the Grievance Box Between 6:00 A.M until 7:00 P.M I call the cameras in Front of the Kitchen will show I put two 303 to the Secretary of D.O.C.

Relief sought - can I get the log # of the two 303s I Filed at Mayo.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): [signed]   DC#: 788819

---

**DO NOT WRITE BELOW THIS LINE**

## RESPONSE

223-2302-0015      09F     FEB 01 2023
DATE RECEIVED:     MAYO C.I.

Your Informal Grievance has been Received, Reviewed and evaluated. Your Informal Grievance is in non-compliance with Chapter 33-103.014(1)(V) Inmate Grievance Procedure, Which states the following reason for return, the inmate is using the grievance process to ask questions or seek information, guidance, or assistance. Note: You can submit an Inmate Request to obtain the information that you are Requesting. — Returned —

[The following pertains to informal grievances only:]
Based on the above information, your grievance is **Returned**. (Returned, Denied, or Approved) If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

Official (Print Name): M. Thomas
Official (Signature): M. Thomas
Date: 02/01/23

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

Mail Number: _____
Team Number: _____
Institution: _____

TO: (Check One)
☐ Warden
☐ Asst. Warden
☐ Classification Security
☐ Medical Mental Health
☐ Dental
☒ Other M. Thomas — Grievance Coordinator

| FROM: Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|
| VENNEAU, ERNEST | 788819 | D-4209 | laundry | 2-4-23 |

**REQUEST**

Check here if this is an informal grievance ☐

Would you please send me the Grievance log number on the two 303's I filed from Mayo Annex to the Secretary, Florida Department of Corrections on sexual assault.

Thank you.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): Ernest Venneau    DC#: 788819

Assistant Warden's Office

---

DO NOT WRITE BELOW THIS LINE

**RESPONSE**    DATE RECEIVED: FEB 07 2023  MAYO C.I.

The only DC1-303's that we received on 2/6/23 from you addressed to the Secretary of C. was in a sealed envelope. We do not open sealed envelopes. It was mailed to Secretary of C. in Tallahassee on 2-6-23 with an Institutional mailing log # of 2302004 wrote on outer envelope.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____ (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

Official (Print Name): M. Thomas    Official (Signature): M. Thomas    Date: 2/7/23

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED
FEB 09 2023
Department of Corrections
Inmate Grievance Appeals

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden   ☐ Assistant Warden   ☒ Secretary, Florida Department of Corrections

From or **IF** Alleging Sexual Abuse, on the behalf of:

VENNEAU, Ernest J            788819            Mayo Correctional Institution
Last  First  Middle Initial    DC Number         Institution

**Part A – Inmate Grievance**         23-6-04753

This is A Grievance to Report sexual abuse, I am By passing southBAY corr Facility, Because I was threatend iF I File A Grievance against SGT Behesti, I will end up dead like the inmate in m-4202 on 1-1-23 he was Killed. 33-103.002 (17) (A) (2) F.A.C. on 12-17-22 I checked in Because my Roomate in C-1109 threatend my Life Because I am A Transgender inmate. when I was placed in m-dorme SGT Behesti the GANG SGT put me in m-dorme wing-1 sHower, he came to me and said I do not have no room to house you, iF I go to H-dorme SGT Behesti will make sure nothing Happens to me. I told him No I'm in Fear For my Life, I already seen the O-I-c and she had me Fill out A wittness statement that I'm in Fear For my Life. So SGT Behesti put me in m-2207 with inmate cHristopHer Dean # B01215, who was in AC-confinement under P-R-e-a aligation already, and I was under Protective management, per cHapter 33-602.221(3)(d), I was never supose to be Housed with this inmate, on 12-18-22 and 12-19-22 cHristopHer Dean made me Give him oral sex on BotH nights and would make me Brush my teeth and wash my face, So I would have no semen on me. on 12-21-22 Five days later I was taken out of m-2207 and put in m-3104 with inmate Randy FoX, in A protective management cell. Gang SGT Behesti was deliberate indiferent to the substantial Risk of sexual assault, Knowing I was A transgender inmate.

WITH AGENCY CLERK
FEB 17 2023
Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| VENNEAU, ERNEST | 788819 | 23-6-04753 | MAYO C.I. ANNEX | D42091 |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative appeal is in non-compliance with the Rules of the Department of Corrections, Chapter 33-103, Inmate Grievance Procedure. The rule requires that you first submit your grievance at the appropriate level at the institution. You have not done so, or you have not provided this office with a copy of that grievance, nor have you provided a valid or acceptable reason for not following the rules.

Your PREA allegations have previously been reported.

Upon receipt of this response, if you are within the allowable time frames for processing a grievance, you may resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure.

Based on the foregoing information, your grievance is returned without action.

A. JOHNS

SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

*A. Johns* (signature)

SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE

2/15/23
DATE

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

**RECEIVED**
FEB 09 2023
Department of Corrections
Inmate Grievance Appeals

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden   ☐ Assistant Warden   ☒ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

VENNEAU, ERNEST J    788819    Mayo Correctional institution
Last  First  Middle Initial    DC Number    Institution

**Part A – Inmate Grievance**    23-6-04752

This is A Grievance to report sexual abuse, I am By-passing South Bay corr Facility Because I was threatend if I File A Grievance I will end up dead like the inmate in M-4202 on 1-1-23. Chapter 33-103.002 (17)(A)(2) F.A.C. I checked in For my safety I was put in room-2207 where I was Forced to Give christopher Dean # B01215 oral sex on 12-18-22 and 12-19-22, then on 12-20-22 We came out For showers I was Finely able to tell SGt Munning that I was sexualy assaulted twice in my Room-2207, so he came Back to get me out of the shower and SGt munning told me I was Never supose to Be in that room anyway he told me to pack my stuff, so I did and SGt munning left me in that Room and went home, Review camera in m-dorm 2207 From 9:00pm until 11:59 p.m will show him come to my Room look in to talk with the roster sheet and never move me SGt munning was deliberate indiferent to the substantial Risk of another sexual assault and safety and security and clearly violated 33-602.220 (4)(d) and 33-602.221(3)(d).

Relief sought - A Full investigation on SGt munning For leaven me in that room when I told him I got sexauly assaulted By my roomate 33-602.221(3)(d), 33-602.220(4)(d)

MAILED/FILED
WITH AGENCY CLERK

FEB 17 2023

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| VENNEAU, ERNEST | 788819 | 23-6-04752 | MAYO C.I. ANNEX | D42091 |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative appeal is in non-compliance with the Rules of the Department of Corrections, Chapter 33-103, Inmate Grievance Procedure. The rule requires that you first submit your grievance at the appropriate level at the institution. You have not done so, or you have not provided this office with a copy of that grievance, nor have you provided a valid or acceptable reason for not following the rules.

Your PREA allegations have previously been reported.

Upon receipt of this response, if you are within the allowable time frames for processing a grievance, you may resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure.

Based on the foregoing information, your grievance is returned without action.

A. JOHNS

_____
SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

*A. Johns* (signature)

SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE

2/13/23
DATE

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

# INMATE REQUEST

Mail Number: _____
Team Number: _____
Institution: _____

TO: (Check One)
- [ ] Warden
- [x] Asst. Warden
- [ ] Classification Security
- [ ] Medical Mental Health
- [ ] Dental
- [ ] Other

FROM:
| Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|
| VENNEAU, ERNEST | 788819 | D-4209 | Laundry | 3-26-23 |

## REQUEST

Check here if this is an informal grievance [x]

I spoke with you in person in D-4 about my grievances I filed on sexaul assult and retaleation By A SGT A South Bay, and Both times Ive Filed Grievances to you on 1-24-22 and on 2-19-23 they have all disepeci'd.

Relief sought: A Full Investigation on the Grievance cordinator For throwing my Grievances away I have on camera in Front of Food Service. For retaleetion.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): [signed]
DC#: 788819

Assistant Warden's Office
MAR 27 2023

## RESPONSE

223-2303-0127
DATE RECEIVED: [stamp] AWP 09e MAYO C.I.

Your informal has been received, reviewed and the following response provided: A review has not revealed any grievances being filed. At no time are grievances disposed of in any manner outside of policy. Grievances are receipted properly, distributed, answered and returned per policy.

[The following pertains to informal grievances only]
Based on the above information, your grievance is **Denied**. (Returned, Denied, Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

Official (Print Name): M. Thomas
Official (Signature): M. Thomas  Date: 3/27/2023

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.