Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

w esT palm Beach Division

|  |  |  |
|---|---|---|
| ERNEST JOSEPH VENNEAU | ) | Case No. 23 - 80666 - C.V. MARTINEZ |
| _____ | ) | (to be filled in by the Clerk's Office) |
| **Plaintiff(s)** | ) | cos |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |  |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |  |
| *please write "see attached" in the space and attach an additional* | ) |  |
| *page with the full list of names.)* | ) |  |
| -v- | ) |  |
|  | ) | Amended complaint |
| Behesti, et. al.. | ) |  |
| _____ | ) | PROVIDED FOR MAILING |
| **Defendant(s)** | ) | AT CALHOUN CI ON |
| *(Write the full name of each defendant who is being sued. If the* | ) |  |
| *names of all the defendants cannot fit in the space above, please* | ) | SEP 12 2023 |
| *write "see attached" in the space and attach an additional page* | ) |  |
| *with the full list of names. Do not include addresses here.)* | ) | STAFF INITIALS___LL |
|  |  | INMATE INITIALS EJO |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _Ernest Joseph Venneau_

All other names by which you have been known:

ID Number _788819_

Current Institution _Calhoun Correctional institution_

Address _19562 SE institution DR_

_Blountstown_ _FL_ _32424-5156_
City      State      Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name _Behesti_

Job or Title *(if known)* _officer sergeant_

Shield Number _N\A_

Employer _GEO GrP. inc_

Address _SouthBay corr facility 600 u.s. Hwy 27_

_SouthBay_ _FL._ _33493_
City      State      Zip Code

☒ Individual capacity ☐ Official capacity

Defendant No. 2

Name _Munning_

Job or Title *(if known)* _Officer sergeant_

Shield Number _N\A_

Employer _GEO GRP. inc_

Address _South Bay corr facility 600 u.s. Hwy 27_

_SouthBay_ _FL._ _33493_
City      State      Zip Code

☒ Individual capacity ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

| | |
|---|---|
| Name | *GEO GRP, INC* |
| Job or Title *(if known)* | *private corr facility* |
| Shield Number | *N/A* |
| Employer | |
| Address | *South Bay corr facility 600 us Hwy 27* |
| | *South Bay            FL.            33493* |
| | City            State            Zip Code |

☒ Individual capacity   ☐ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | |
| Address | |
| | City            State            Zip Code |

☐ Individual capacity   ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights. *THE court has Jurisdiction under 28 u.s.c § 1331 and § 1343 (a) THE court has supplemental Jurisdiction for state law claims under 28 u.s.c. §1367*

A.   Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*THE Defendants deprived this plaintiff of her constitutional rights the first Amendment and the Eight and the Fourteenth Amendment. To the united states constitution, all violated By state officials.*

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☒ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)*

## IV.    Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

See Exibt-A Statement of Claim

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

South Bay corr facility on 12-17-22 in m-dorm, on 12-18-22 and 12-19-22 in m-2207, on 12-20-22, in m-2207, on 12-21-22 in m-2207 and m-3104.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.     What date and approximate time did the events giving rise to your claim(s) occur?

On 12-17-22 From 7 Pm until 11:pm put me in m-2207, on 12-18-22 and 12-19-22 in m-2207 I was sexaly assalted Both nights, on 12-20-22 in m-2 From 7 pm 7:11:pm willshow sgt munning put us in the shower and put us Back in m-2207 on 12-20-22 I was attacked For telling sgt munning what inmate Dean Did to me.

D.     What are the facts underlying your claim(s)?  (For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)

I was sexauly assalted by inmate dean Because sgt Behesti Broke corparate police CH-33-602.220 (4)(d) & CH-33-602.221 (3)(d) placem me in cell-m-2207 A Transgender women with A man who Just raped his rosmate, Behesti Broke color of state law, on 12-20-22 sgt munning Broke corparate policie when I told him inmate Dean has Been sexaly assalting me he put me Back in m-2207 and Broke corparate policie 33-602.220 (4)(d) & CH-33-602.221 (3)(d) and all of them Broke P.R.e.a prooticall.

## V.     Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I was sexauly assalted for two day's, I was given H.I.V Hot shot pill Twice A Day for 30 day's, I fought for my Life on 12-20-22 when I told on inmate Dean, I did not get no medical treatment for the Fight and serious emotional, physical, P.T.S.d. I have night mares of Being raped I wake up swetting can't eat. mental anguish

## VI.     Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

SGT Behesti $250.000 For putting me in m-2207 to Be sexaly assalted By Dean for Two Day's out of Five. SGT munning $150.000 for putting me Back in the room with inmate Dean aFter I told on him for sexaly assalting me. punched me and chloked me out. Geo Group $150.000 · Because they Let these officer's Breaf corparate policies. that aFect My saFety and the communtic

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*SouthBay corr Facility 600 u.s. Hwy 27 SouthBay Fl. 33493*

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

*THat Sgt Behesti and Sgt Manning Broke corparate policie, My 1st Amedd ment My Eight Amendment and My Fourteenth Amendment.*

*GEO. corp Broke corparate policie .*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes

☐ No

E.  If you did file a grievance:

1.  Where did you file the grievance?

South Bay 600 u.s. Hwy 27 South Bay FL. 33493
Mayo Corr insitution 8784 u.s. Highway 27 West mayo FL. 32066
Secretary, Florida Department of corrections

2.  What did you claim in your grievance?

SGT Behesti and SGT munnins Broke corperate policie, color of State Law Deliberate indiferent to my safety, SGT Behesti Threatend to have me Killed if I File Another Grievance.

3.  What was the result, if any?

South Bay I was Threatend By SGT BehesTi, see ExibiT-B Mayo Annex Did NoT respond, see Exibit-c Secretary Florida D.O.C. See ExibiT-d

4.  What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  (Describe all efforts to appeal to the highest level of the grievance process.)

I have tried several times to complete the Grievance process. But I have Been met with resistance in Tellchassee see Exibits - c·d

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

   1.    If there are any reasons why you did not file a grievance, state them here:

   I stopped at south Bay when SGT Behesti Told me iF I File another Grievance I will Be dead Like the inmate in M-4202 on 1-1-23 was murded, I was afraid For my Life

   2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   I Filed aFter I Left southBay see Exibits oF all Grievances Filed, on this issue.

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   please See Exibits - B · C · d Administrative remedies

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

**VIII.  Previous Lawsuits**

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this
      action?

      ☐ Yes    *THis is A Amended complaint*

      ☒ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is
      more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

      1.    Parties to the previous lawsuit
            Plaintiff(s)    _____
            Defendant(s)   _____

      2.    Court *(if federal court, name the district; if state court, name the county and State)*

            _____

      3.    Docket or index number

            _____

      4.    Name of Judge assigned to your case

            _____

      5.    Approximate date of filing lawsuit

            _____

      6.    Is the case still pending?

            ☐ Yes

            ☐ No

            If no, give the approximate date of disposition. _____

      7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered
            in your favor? Was the case appealed?)*

            _____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your
      imprisonment?

☒ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s)  *Ernest VENNEAU*

   Defendant(s)  *Wooder et. al.*

2. Court *(if federal court, name the district; if state court, name the county and State)*

   *401 W. central Blud orlando Fl. 32 802*

   *orlando Federal District court*

3. Docket or index number

   *N\A*

4. Name of Judge assigned to your case

   *N/A*

5. Approximate date of filing lawsuit

   *I think 2019 or 2020*

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition  *N\A*

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   *dismissed*

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   9-11-23

Signature of Plaintiff   *Ernest Joseph Venneau*

Printed Name of Plaintiff   Ernest Joseph Venneau

Prison Identification #   788819

Prison Address   Calhoun corr inst 19562 institution DR.
Blountstown              FL.        32424-5156
                City              State        Zip Code

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Address   _____
                City              State        Zip Code

Telephone Number   _____

E-mail Address   _____



## PAGE 5 THE FACTS: SGT; BEHESTI:

1) On 12-17-22 the plaintiff requested protective management because this transgenders life was threatened, to be stabbed by his cell mate in C-1109 open population.

2) Plaintiff seen the O.I.C. ( Captain) she gave plaintiff a witness statement form to fill out because of the specific threat from inmates, based on repeated act of violence to transgenders at South Bay.

3) The plaintiff was placed in mike dorm wing-1 shower of confinement shower, of confinement. Waiting to be placed in wing three, which is specifically known as the protective management wing at South Bay.

4) Defendant Behesti was assigned to Mike dorm on 12-17-22, the night the plaintiff requested protection. Behesti is the Sgt. in charge of confinement.

5) Defendant Behesti, comes to talk with plaintiff because he knows this transgender inmate.

6) Defendant Behesti ask plaintiff to go back to open population H-dorm, because that's Sgt. Behesti' normal dorm assignment, and Behesti states no one will hurt me, he has no room to house me in wing 3 on 12-17-22.

7) Plaintiff states no, I'm in fear for my life.

8) Defendant Behesti states if you want to make my job hard, I'll make your life hell and walks out of wing-1.

9) Defendant Behesti came back and put me in M-2207 on 12-17-22 with inmate Christopher Dean. Who is in confinement for raping his roommate in H-dorm in open population.

10) This plaintiff identifies as a transgender women making me especially vulnerable to such assaults.

11) On 12-18-22 plaintiff was asleep when inmate Dean woke plaintiff up and told plaintiff to give him head (oral sex)

12) Plaintiff rejected Dean's sexual advances but stated he would knock plaintiff "out" if plaintiff keep acting like a bitch.

13) At this instance plaintiff performed oral sex on inmate Dean out of fear.

14) On 12-1922 Dean again woke plaintiff up to give him oral sex, and again plaintiff reluctantly performed oral sex out of fear for his life.

15) Defendant Behesti has first hand knowledge of Deans status in confinement, on his 229 form,and is housed alone and housed alone is on the housing computer (CDC). He was Deans housing Sgt. Where he raped his old roommate.

16) Defendant Behesti knew of the substantial risk of serious harm, thats why Behesti put this plaintiff in cell M-2207 so this feminine transgender women would get sexually assaulted by inmate Dean.

17) Defendant Behesti was aware of the individualized danger yet failed to act to alleviate that risk, in fact Behesti promoted this sexual assault as punishment, because this plaintiff would not sign out of protective management and go to H-dorm, Sgt. Behesti's dorm.

18) Defendant Sgt. Behesti broke corporate policies, Chapter 33-602.220 (4)(d) and Chapter 33-602.221 (3)(d), when he put a feminine transgender in protective management, with an inmate under PREA on 12-17-22.

19) Defendant Behesti, is a public employee acting under color of state law, while acting in his official capacity and exercising his responsibilities pursuant to state law.

20) Defendant Behesti could have acted to alleviate that risk by putting me in M-3104 with inmate Rand Fox on 12-17-22, as that room was open from 12-17-22 until 12-21-22 I was put in there, with Rand Fox, on 12-21-22.

21) Plaintiff filed a formal 303 grievance to the warden of South Bay on all these issues on 12-27-22. See: Exhibit -B

22) Defendant Behesti came to plaintiff and told me if I filed another grievance against him he will have me killed like the inmate in M- 4202 on 1-1-23 was killed.

23) So this plaintiff did not file another grievance because I did not want to be killed- See Exhibit-B. Filed on 12-27-22. on camera in M- 3104 from 9:00 AM until 11:00 AM.

24) The next grievance this plaintiff filed was on 1-24-23 at Mayo Annex and they were never answered. See: Exhibit-B.

25) So I filed a emergency grievance and followed all the rules in his responses, was a boilerplate response to impede in this plaintiffs exhaustion of remedies. See: Exhibit -C.

26) Defendant Munning was the confinement Sgt. On the night of 12-20-22 he pulled this plaintiff and his room mate out of M-2207, for showers; see security cameras of M-2 from 8:00 pm until 11:00 pm.

27) I told Sgt. Munning that my room mate sexually assaulted me on 12-18-22 and 12-19-22.

28) When Sgt. Munning said he is going to check the master roster

29) Sgt. Munning came back to the shower and told me you are not supposed to be in that room with inmate Dean.

30) So he told me to pack my property you are moving.

31) Sgt. Munning put me back in cell M-2207 with inmate Dean on 12-20-22.

32) Sgt. Munning left and went home, and inmate Dean attacked me punching me in the head, punched me in the stomach and choked me out.

33) Sgt. Munning knew I was in protective management and Dean was under PREA house alone.

34) Munning has knowledge of both our status in confinement on our 229 and on the housing computer. (CDC)

35) Munning knew of the substantial risk of serious harm Munning was aware of the individualized danger this feminine transgender faced being put back in cell M-2207 with inmate Dean who sexually assaulted me, twice and I just told on him. (Snitch)

36) Yet Munning failed to act to alleviate that risk to the plaintiff's safety. Defendant Munning should have moved me to M-3104 on 12-20-22.

37) Defendant Sgt. Munning broke corporate policies, chapter 33-602.220 (4)(d) and chapter 33-606.221 (3)(d) when he put me back in cell M-2207 with inmate Dean, on 12-20-22.

38) Defendant Munning is a public employee acting under color of state law, while acting in his official capacity and exercising his responsibilities pursuant to state law.

39) All defendants violated my constitutional rights, also all the rights that were violated were "clearly established" at the time the defendants broke all my rights.

## OATH

I certify and declare under penalty of perjury that the foregoing declaration of case and facts are true and correct and has been delivered to prison officials for mailing via U.S. Postal Service on this _11_ day of August 2023.

Ernest J. Venneau 788819
Calhoun C.I.
19562 SE. Institution Dr.
Blountstown, Fla. 32424-5156



**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

P-R-e-a

TO: ☒ Warden    ☐ Assistant Warden    ☐ Secretary, Florida Department of Corrections

From: VENNEAU, ERNEST J       788819         South Bay corrections facility
Last  First  Middle Initial        Number              Institution

---

### Part A – Inmate Grievance

ON 12-17-22 I checked in Because my Roomate in C-1109 threatened my Life Because I am Transgender. when I was placed in m-dorme, SGt Behest put me in the shower in wing-1, He came to me and said I do not have no room to house you, if you go to H-dorme I will make sure No one Bother's you. I told him No I'm in Fear For my Life, So he put me in M-2207 with inmate christophe Dean #B01215, who was in ac-conFinement under A P-R-e-a aligation already, and I was under protective management supose to Be Housed separate, per-chapter 33-602.221 (3) (d). ON 12-18-22 and 12-19-22 inmate christopher Dean made me give him oral sex, then he made me Brush my teeth and wash my face, so I would have. No semen on me. ON 12-20-22 I was Finaly able to talk with SGt munning when I went to shower, I told him every thing that happend to please move me out of M-2207 so he took me Back to my Room and told me to pack my stuFF, I'm not supose to Be in that Room Ive Been in For Four days Now and I was sexualy assaulted twice, and then SGt munning went home and never moved me. ON 12-21-22 oFFicer martinez had me moved to ~~M-3141~~, the same time I told oFFicer martinez and Lt core of my P-R-e-a claim THEy ... when they come Back ON 12-22-22 they will do all my P-R-e-a [...] all staFF were deliberate indiferent



Exhibit C

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

```
┌─────────────────────┐
│  RECEIVED           │
│  FEB 0 9 2023        │
│  Department of Corrections │
│  Inmate Grievance Appeals  │
└─────────────────────┘
```

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden   ☐ Assistant Warden   ☒ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

VENNEAU, ERNEST   J                    788819            Mayo correctional institution
Last    First    Middle Initial         DC Number              Institution

---

Part A – Inmate Grievance                           23-6-04753

This is A Grievance to Report sexual aBuse, I am By passing south BAY corr Facility, Because I was threatend iF I File A Grievance against SGT Behesti, I will end up dead like the inmate in m-4202 on 1-1-23 he was killed. 33-103.002 (17) (A) (2) F.A.C. on 12-17-22 I checked in Because my Roomate in C-1109 threatend my Life Because I am A Transgender inmate. When I was placed in m-dorme SGT Behesti the GANG SGT put me in m-dorme wing-1 shower, he came to me and said I do not have no room to house you, iF I go to H-dorme sgt Behesti will make sure nothing Happens to me. I told him No Im in Fear For my Life, I already seen the o-i-c and she had me Fill out A wittness statement that I'm in Fear For my Life. So SGT Behesti put me in m-2207 with inmate christopther Dean # B01215, who was in AC-confinement under P-R-e-a aligation already, and I was under Protective management, per chapter 33-602.221 (3) (d), I was never supose to be Housed with this inmate, on 12-18-22 and 12-19-22 christopther Dean made me Give him oral sex on Both nights and would make me Brush my teeth and wash my face, so I would have no semen on me. on 12-21-22 Five days later I was taken out oF m-2207 and put in m-3104 with inmate Randy Fox, in A protective management cell. GANG SGT Behesti was deliberate indiferent to the substantial Risk oF sexual assault Knowing I was A transgender inmate.

**WITH AGENCY CLERK**

**FEB 17 2023**

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| VENNEAU, ERNEST | 788819 | 23-6-04753 | MAYO C.I. ANNEX | D42091 |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative appeal is in non-compliance with the Rules of the Department of Corrections, Chapter 33-103, Inmate Grievance Procedure. The rule requires that you first submit your grievance at the appropriate level at the institution. You have not done so, or you have not provided this office with a copy of that grievance, nor have you provided a valid or acceptable reason for not following the rules.

Your PREA allegations have previously been reported.

Upon receipt of this response, if you are within the allowable time frames for processing a grievance, you may resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure.

Based on the foregoing information, your grievance is returned without action.

A. JOHNS

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

**RECEIVED**

FEB 0 9 2023

Department of Corrections
Inmate Grievance Appeals

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden    ☐ Assistant Warden    ☒ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

VENNEAU, ERNEST J              788819            Mayo Correctional institution
Last    First    Middle Initial              DC Number              Institution

---

Part A – Inmate Grievance                                          23-6-04752

This is A Grievance to report Sexual abuse, I am By-passing
South Bay corr facility Because I was threatend if I File A Grievance
I will end up dead like the inmate in M-4202 on 1-1-23. Chapter 33-
103.002 (17)(A)(2) F.A.C. I chEcked in For my safety I was put in
room-2207 where I was Forced to Give chrisopHer Dean # B01215 oral
sex on 12-18-22 and 12-19-22, then on 12-20-22 we came out For sHowers
I was Finely able to tell SGt munning that I was sexualy assaulted
twice in my Room-2207, so he came Back to get me out of the sHower
and SGt munning told me I was never supose to Be in that room anyway
he told me to pack my stuFF, so I did and SGt munning leFt me in
that Room and went home, ReView camera in m-dorm 2207 From 9:00Pm
until 11:59Pm will sHow him come to my Room look in to talk with the roster
sheet and never move me SGt munning was delibucte indiFerent to
the substantial Risk of another Sexual assault and safety and security
and clearly violated 33-602.220 (4)(d) and 33-602.221 (3)(d).

---

Relief sought - A Full investigation on SGt munning For leaven me
in that room when I told him I got sexualy assaulted By my roommate
33-602.221(3)(d), 33-602.220(4)(d)

MAILED/FILED WITH AGENCY CLERK

FEB 17 2023

Department of Corrections
Bureau of Inmate Grievance Appeals

## PART B - RESPONSE

| VENNEAU, ERNEST | 788819 | 23-6-04752 | MAYO C.I. ANNEX | D42091 |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | LOCATION |

Your request for administrative appeal is in non-compliance with the Rules of the Department of Corrections, Chapter 33-103, Inmate Grievance Procedure. The rule requires that you first submit your grievance at the appropriate level at the institution. You have not done so, or you have not provided this office with a copy of that grievance, nor have you provided a valid or acceptable reason for not following the rules.

Your PREA allegations have previously been reported.

Upon receipt of this response, if you are within the allowable time frames for processing a grievance, you may resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure.

Based on the foregoing information, your grievance is returned without action.

A. JOHNS

_A. Johns_

2-15-23

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |



Exhibit D

RECEIVED

APR 0 3 2023

Department of Corrections
Inmate Grievance Appeals

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden      ☐ Assistant Warden      ☒ Secretary, Florida Department of Corrections

From or (IF Alleging Sexual Abuse) on the behalf of:

VENNEAU, Ernest J          788819          Mayo-Annex

Last   First   Middle Initial          DC Number          Institution

| Part A – Inmate Grievance | 23-61080 |

I am APPEALing To the secretary of F.D.O.C Ive Filed
Four (4) Grievances to the Warden of mayo-Annex and
all Four (4) Disapeared out of the Locked Grievance Box
on 1-24-22, THen again on 2-19-23, THis is concerning
sexual abuse and retaleation By Sgt Behesti at south-Bay
cor-Facility. this is the reason there is no copies attacHed.
and they are Now retaleating against me here at mayo-Annex
they are covering for south-Bay Ive got copies of all
Grievances Filed (541 F.3d 1085) on my P-R-E-A and I have
the copie of the Grievance I Filed on 1-27-22 to the

Recieved 4-15-23

APR 12 2023

**PART B - RESPONSE**

| VENNEAU, ERNEST | 788819 | 23-6-10807 | MAYO C.I. ANNEX | D42091 |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative appeal is in non-compliance with the Rules of the Department of Corrections, Chapter 33-103, Inmate Grievance Procedure. The rule requires that you first submit your grievance at the appropriate level at the institution.  You have not done so or you have not provided this office with a copy of that grievance, nor have you provided a valid or acceptable reason for not following the rules.

Although your appeal addresses the inmate grievance process, you must follow the routine grievance process as outlined in Chapter 33-103, Inmate Grievance Procedure.

Upon receipt of this response, if you are within the allowable time frames for processing a grievance, you may resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure.

Based on the foregoing information, your grievance is returned without action.

A. Johns

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

Ernest Joseph Venneau 78847?
Calhoun correctional institution
5562 S+. institution Drive
Ouistown, Fl 32424-5156

United States Distri
Southern District of F
Office of the Clerk
701 Clematis street, Room
West PAlm Beach, FL.3