UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case Number: 23-80666-CIV-MARTINEZ-MATTHEWMAN

ERNEST JOSEPH VENNEAU,

    Plaintiff,

v.

SERGEANT BEHESHTI, *et al.*,

    Defendants.

_____/

### ORDER SETTING CIVIL TRIAL DATE AND PRETRIAL SCHEDULE, REQUIRING SETTLEMENT CONFERENCE, AND REFERRING CERTAIN MOTIONS TO MAGISTRATE JUDGE

Trial is scheduled to commence during the two-week period beginning **Monday, June 16, 2025, at 9:30 a.m.**, before Jose E. Martinez, United States District Judge, 101 South U.S. Highway 1, Fort Pierce, Florida 34950. Calendar Call will be held on **Thursday, June 12, 2025, at 1:30 p.m.**, at 400 N. Miami Avenue, Courtroom 10-1, Miami, Florida 33128. **All counsel may appear by telephone at Calendar Call.** If appearing by phone, a few minutes before 1:30 p.m., counsel shall call the toll-free number, 1-888-684-8852; and:

    a.  Enter Access Code Number **7677597** followed by the # sign;

    b.  Enter Security Code Number **5590** followed by the # sign; and

    c.  State your name, the name of the party you represent, and enter the Conference.

It is **ORDERED AND ADJUDGED** as follows:

### General Procedures

1. Plaintiff is incarcerated, so it may be difficult for Plaintiff and/or Defendant(s) to fully comply with the pretrial procedures required by S.D. Fla. L.R. 16.1. However, Fed. R. Civ. P. 1 requires a "just, speedy, and inexpensive determination of every action." To accomplish this purpose, the parties shall abide by the following instructions and deadlines.

2. No pretrial conference shall be held in this action unless the Court determines that a pretrial conference is necessary. Should a pretrial conference be set, the compliance deadlines as

set forth in the remainder of this Order shall remain unaltered.

3. Every motion filed in this case shall be accompanied by a proposed order granting the motion. The proposed order shall be filed as an exhibit to the motion and e-mailed to martinez@flsd.uscourts.gov in Word format. ***Pro se* parties are not required to e-mail the proposed order or provide it in Word format**.

4. The parties have a continuing duty to ensure the Clerk of the Court is provided with the up-to-date service information. **This includes Plaintiff's responsibility to provide her current address.**

5. If the case is settled, the parties are directed to immediately inform the Court at (305) 523-5590 **and** file a notice of settlement.

## Conferral Report

6. The Court does not hold a Federal Rule of Civil Procedure 26(f) Scheduling Conference. Instead, **within 30 days** of this Order, Counsel for the parties and *pro se* litigants **must confer, either in person or telephonically,** regarding scheduling. At this conferral, the parties shall comply with the agenda set forth in Local Rule 16.1(b) and file a Conferral Report **no later than 14 days** after the meeting. The parties **are not required** to file a Joint Proposed Scheduling Order at this time.

7. The Conferral Report shall include all information required by subsections (A), (B), and (D) through (K) of Local Rule 16.1(b)(2). In addition to that information, the report shall include the following: (1) whether the trial will be jury or non-jury; (2) an outline of the legal elements of each claim and defense raised by the pleadings (the parties are advised that this section shall not be a summary of allegations, but should be modeled on pattern substantive jury instructions applicable in this Court); (3) a good-faith estimate of the specific dollar valuation of actual damages and other relief at issue; and (4) the need for variance from the discovery limitations imposed by Local Rule and/or the Federal Rules of Civil Procedure, including the grounds supporting the requested variance. Unilateral submissions are prohibited.

8. The Conferral Report **shall further verify** that the parties have complied with the production of documents mandated in paragraph 12 below.

## Magistrate Jurisdiction Election Form

9. As part of the Conferral Report, the parties shall jointly complete and file with the Court the Magistrate Judge Jurisdiction Election Form appended to this Order as **Attachment A**.

The Court will not accept unilateral submissions in this regard; thus, a "Yes" should be checked only if all parties agree.

10.    If the parties consent to a full disposition of the case by the Magistrate Judge, including trial and entry of final judgment, the parties shall jointly file the election form appended to this Order as **Attachment B**.

## **Discovery**

11.    Discovery in this case shall be conducted in accordance with the Federal Rules of Civil Procedure and Southern District of Florida Local Rules, except the deadlines under Local Rules 16.1(d), (e), (h), (j), (k), and (l) may be modified by further order of the Court.

12.    Within **45 days of the date of this Order**, the Parties shall exchange the following discovery:

    a.    All grievances, appeals, and similar documents that relate to requests for administrative remedies by Plaintiff and that relate to the claims and/or defenses raised in this proceeding.

    b.    Complaints and petitions filed by Plaintiff in any other case in any court relating to the same or similar issues raised in this action or, if Plaintiff does not possess such documents, a list of each such case stating the court in which it was filed, the case number, and its disposition.

    c.    Defendant(s) shall produce to Plaintiff any reports or similar documents concerning any disciplinary proceedings involving Plaintiff that relate to the claims raised in this action, including reports, notices, transcripts, recordings, videos, and internal communications discussing such.

    d.    The name and, if known, and if available, the address where each individual likely to have discoverable information, along with the subjects of that information that he may use in support of his claims or defenses, unless the use would be solely for impeachment. This includes disclosure of the identities of all persons who were present during the relevant time periods of the alleged incident(s).

    e.    Defendant(s) shall produce all files, including each closing memorandum and summary, made in the course or scope of any investigation into the allegations made by Plaintiff in this case.

    f.    Defendant(s) shall produce a copy, or a description by category and location, of all documents, electronically stored information, and tangible things that s/he has in his/her possession, custody or control and may use to support Defendant(s)'s defenses, unless the use would be solely for impeachment.

13. Pursuant to 28 U.S.C. § 636, all discovery motions and all motions that relate directly to these motions, such as motions for extension of time, motions for reconsideration, motions for sanctions, and motions for mental or physical examinations, are referred to **United States Magistrate Judge William Matthewman** to take all appropriate action.

14. This Order does not refer any motion that requests a continuance or extension of a deadline set by this Court. The parties are responsible for indicating the name of the Magistrate Judge on all motions and related papers referred by this order in the case number caption and to comply with Magistrate Judge Matthewman's [Discovery Procedures.](#)

15. The parties may stipulate to extend the time to answer interrogatories, produce documents, and answer requests for admissions. The parties shall not file with the Court notices or motions memorializing any such stipulation unless the stipulation interferes with the time set for completing discovery, hearing a motion, or trial. Stipulations that would so interfere may be made only with the Court's approval.

16. The Parties *shall not file with the clerk* copies of discovery materials (including notices of depositions, deposition transcripts, interrogatories, responses to interrogatories, production requests, responses to production requests, admission requests, or responses to admission requests) unless and until needed for consideration of pending motions by the court (*e.g.*, motion for summary judgment, motion to compel, etc.). *See* S.D. Fla. L.R. 26.1(b). Moreover, neither party may propound discovery on an opposing party by filing discovery requests through the CM/ECF system in this case, or by mailing their discovery requests to the clerk.

### Certificate of Interested Parties and Corporate Disclosure Statement

17. Each party shall file a Certificate of Interested Parties *and* Corporate Disclosure Statement by the later of (a) **15 days from the date of this order**; or (b) if a party has not appeared in the case as of the date of this order, then such party may have until **15 days from the date of such party's initial appearance**.

18. The Certificate of Interested Persons and Disclosure Statement, which shall contain a *complete* list of persons, associated persons, firms, partnerships or corporations that have a financial interest in the outcome of this case, including all subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. At a minimum, this list should include the parties and any counsel that have appeared in this case. Next to each name should be the reason why such person or entity has a financial interest in the outcome of this case.

For example, ABC Law Firm: counsel for Plaintiff XYZ Corporation.

19. Throughout the pendency of this action, the parties shall be under a continuing duty to amend, correct, and update the Certificate. The parties shall not include the names of the assigned District Judge and Magistrate Judge, merely by virtue of this case being assigned to them.

## Settlement Conference

20. Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, this case is **hereby referred** to Judge Matthewman for a settlement conference.

## Trial Procedures

21. As the trial date approaches, the Court will issue an Order on Trial Procedures outlining additional instructions on the use of depositions at trial, exhibits, and witness lists.

22. Both parties shall submit Pretrial Statements as set forth below. Failure to file the Pretrial Statement may result in dismissal of the case for failure to prosecute and/or failure to comply with a court order. The filing of a motion to continue trial shall not stay the requirement for the filing of Pretrial Statements. The Pretrial Statement shall contain the following information:

    a. A brief statement of what the case is about, not to exceed one short paragraph per litigant claim, to be read as an introduction for *voir dire* examination;

    b. A written statement of the facts that will be offered by oral or documentary evidence at trial; this means that Plaintiff must explain what he intends to prove at trial and how he intends to prove it;

    c. A list of all exhibits to be offered into evidence at the trial of the case. All exhibits must be pre-marked. A typewritten exhibit list setting forth the number, or letter, and description of each exhibit must be submitted at the time of trial. The parties shall submit said exhibit list on Form AO 187, which is available from the Clerk's office;

    d. A list of the full names and addresses of places of employment for all witnesses who the Party intends to call. (**Note**: This Court must be notified of any changes in their addresses);

    e. A list of the full names, inmate numbers, and places of incarceration of all the inmate witness who the Party intends to call. (**Note**: This Court must be notified of any changes in their addresses); and,

    f. A summary of the testimony of each witness.

**Jury Trials**

23. The parties shall file **proposed jury instructions** and a **proposed verdict form** in accordance with the deadline set forth below.  In preparing proposed jury instructions, the parties shall utilize as a guide the Pattern Jury Instructions for Civil Cases approved by the United States Eleventh Circuit, including the Directions to Counsel contained therein.  Each jury instruction shall be typed on a separate sheet and must be supported by citations of authority.  Copies of each party's jury instructions in **Word format** shall be e-mailed to martinez@flsd.uscourts.gov at the time of filing. *Pro se* parties are not required to e-mail the jury instructions or provide them in Word format.

**Bench Trials**

24. Each party shall file proposed findings of fact and conclusions of law in accordance with the deadline set forth below.  Proposed findings of fact shall be supported by citations to the documentary evidence, if applicable. Conclusions of law shall be supported by citations of authority.  Copies of each party's proposed findings of fact and conclusions of law in **Word format** shall be e-mailed to martinez@flsd.uscourts.gov at the time of filing. *Pro se* parties are not required to e-mail the proposed findings of fact and conclusions of law or provide them in Word format.

## **SCHEDULING ORDER**

The following timetable shall govern the pretrial procedures in this case.  This schedule shall not be modified absent compelling circumstances. All motions for enlargement of time of any deadlines set forth below must include a statement as to whether the requested extension will affect the trial date or any other deadline set forth in this timetable.  Failure to include such a statement may be grounds for denial of the motion.

| Date | Event |
|---|---|
| 10-25-2024 | Motions to join additional parties, amend the complaint, and class certification. |
| 11-6-2024 | Parties shall exchange expert witness summaries and reports. |
| 12-4-2024 | Parties shall exchange written lists containing the names and addresses of all witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify. |
| 12-27-2024 | Parties exchange rebuttal expert witness summaries and reports. |
| 2-14-2025 | All discovery, including expert discovery, shall be completed. |

| | |
|---|---|
| 2-27-2025 | All *Daubert*, summary judgment, and other dispositive motions must be filed. Each party is limited to filing a single *Daubert* motion of no more than 20 pages. Summary judgment motions, in addition to containing a Statement of Material Facts pursuant to Local Rule 56.1(a), shall be accompanied by a separately-filed Joint Statement of Undisputed Fact, which must include all relevant facts about which there is no material dispute. Each undisputed fact shall be individually numbered and separated by paragraphs. This filing is limited to 10 pages and does not otherwise change the parties' obligation to comply with Local Rule 56.1. <br><br> Note: If there are any unresolved discovery disputes pending fifteen days prior to this date, the moving party shall immediately advise the Court of all such unresolved disputes together with their status. |
| 3-12-2025 | The settlement conference shall be completed. |
| 4-24-2025 | All pretrial motions and memoranda of law must be filed. Each party is limited to filing a single motion *in limine*, which may not, without leave of Court, exceed the 20-page limit allowed by the Rules. |
| 5-9-2025 | Plaintiff's Pretrial Statement must be filed. |
| 5-16-2025 | Defendant's Pretrial Statement must be filed |
| 5-23-2025 | Proposed jury instructions and/or proposed findings of fact and conclusions of law must be filed. |
| 6-13-2025 | Proposed *voir dire* questions must be filed. |

**Failure to comply with this or any order of this Court, the Local Rules, or any other applicable rule may result in sanctions, including dismissal without prejudice or the entry of a default, without further notice.**

It is the duty of all counsel and *pro se* litigants to enforce the timetable set forth here to ensure an expeditious resolution of this matter.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20th day of June, 2024.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Matthewman
All Counsel of Record
Ernest Joseph Venneau, *pro se*

[Attachment A]

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: -CIV-MARTINEZ-MATTHEWMAN**

,

    Plaintiff,

v.

,

    Defendant.

_____/

**ELECTION TO JURISDICTION BY A UNITED STATES
MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS**

In accordance with the provisions of 28 U.S.C. §636(c), the undersigned parties to the above-captioned civil matter hereby jointly and voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

1. Motions for Costs    Yes _____    No _____
2. Motions for Attorney's Fees    Yes _____    No _____
3. Motions for Sanctions    Yes _____    No _____
4. Motions to Dismiss    Yes _____    No _____
5. Motions for Summary Judgment    Yes _____    No _____
6. Discovery    Yes _____    No _____
7. Other (specify) _____

_____    _____
(Date)    (Signature--Plaintiff's Counsel)

_____    _____
(Date)    (Signature--Defendant's Counsel)

[Attachment B]

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: -CIV-MARTINEZ-MATTHEWMAN**

,

    Plaintiff,

v.

,

    Defendant.
_____/

**ELECTION TO JURISDICTION BY A
<u>UNITED STATES MAGISTRATE JUDGE FOR TRIAL</u>**

In accordance with the provisions of 28 U.S.C. §636(c), the undersigned parties to the above-captioned civil matter hereby jointly and voluntarily elect to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and entry of final judgment with respect thereto.

_____                      _____
(Date)                                          (Signature--Plaintiff's Counsel)


_____                      _____
(Date)                                          (Signature--Defendant's Counsel)