UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-80666-CIV-MARTINEZ/MATTHEWMAN

ERNEST JOSEPH VENNEAU,

    Plaintiff,

v.

SERGEANT BEHESHTI, *et al.*,

    Defendant.
_____/

## ORDER REGARDING UPCOMING SETTLEMENT CONFERENCE

**THIS CAUSE** is before Defendant's Notice of Compliance with Amended Order Scheduling Settlement Conference ("Notice") [DE 58]. According to the Notice, Plaintiff is only able to appear at the upcoming Settlement Conference by telephone. This is acceptable to the Court.

Therefore, the Settlement Conference shall go forward on **February 27, 2025, at 9:00 a.m.** by Zoom Video Tele-Conference (VTC). All counsel, parties, insurance adjusters and anyone else attending the Settlement Conference shall attend by Zoom VTC. To log in through ZoomGov Meeting, use Meeting ID: 160 540 3826 and Passcode: 246129.

Plaintiff is permitted to appear solely via audio, but all other individuals must appear by both audio and video. Plaintiff's facility shall call (305) 224-1968 and type in Meeting ID: 160 540 3826 and Passcode: 246129. If, on the day of the Settlement Conference, Plaintiff's institution has any technical difficulties, they can call the chambers of the Undersigned at (561)803-3440 for assistance.

All other requirements in the Court's Amended Order Scheduling Settlement Conference via Zoom VTC [DE 49] remain in full effect. Counsel for Defendants shall promptly provide a copy of this Order to counsel's contact(s) at Calhoun Correctional Institution.

Further, the Clerk of Court is **DIRECTED** to mail a copy of this Order to Ernest Joseph Venneau, #788819, Calhoun Correctional Institution, Inmate Mail/Parcels, 19562 SE Institution Drive, Blountstown, FL 32424.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 6th day of December, 2024.

WILLIAM MATTHEWMAN
United States Magistrate Judge