IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

PROVIDED FOR MAILING AT CALHOUN CI ON

DEC 16 2024

STAFF INITIALS ___
INMATE INITIALS ___

ERNEST JOSEPH VENNEAU,
    Plaintiff,

v.

CASE: 9:23-cv-80666-JEM
Honorable Magistrate Judge: Matthewman

GEO GROUP CORPORATION,
SARGENT BEHESHTI, and
SARGENT MUNNING,
    Defendant's.
_____/

FILED BY ___ D.C.

DEC 20 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## PLAINTIFF'S FACT WITNESS DISCLOSURES (REVISED)

    COMES NOW, the Plaintiff, Ernest Joseph Venneau, and hereby serves her Fact Witness Disclosures pursuant to this Court's Order Setting Trial Date and Pretrial Schedule [ECF 37].

    1. Plaintiff, Ernest Joseph Venneau
    c/o Calhoun Correctional Institution
    19562 SE Institution Drive
    Blountstown, FL 32424

    2. Sergeant Lawrence Behesti
    c/o Wicker, Smith, O'Hara, McCoy & Ford, P.A.
    515 E Las Olas Blvd., Suite 1400
    Ft. Lauderdale, FL 33301

    3. Sergeant Harold Munning
    c/o Wicker, Smith, O'Hara, McCoy & Ford, P.A.
    515 E Las Olas Blvd., Suite 1400
    Ft. Lauderdale, FL 33301

    4. Officer Martinez
    c/o South Bay Correctional Facility
    600 U.S. 27 South
    South Bay, FL 33493

5. Lieutenant Com
c/o South Bay Correctional Facility
600 U.S. 27 South
South Bay, FL 33493

6. Records Custodian of:
Florida department of Corrections
501 South Calhoun Street
Tallahassee, FL 32399-2500

7. Corporate Representative of:
The GEO Group, Inc.
c/o Registered Agent
4955 Technology Way
Boca Raton, FL 33431

8. Inmate Fox, Randy DC#086766
Current Location within the FL DOC (as of this date)
Walton Correctional Institution
691 Institution Road
DeFuniak Springs, FL 32433-1831

9. Housing and Bunk Assignments for Inmate Fox, Randy DC#086766
Between the dates of December 16-27, 2022
South Bay Correctional Facility

10. Inmate Warren, Francisco DC#E55088
Current Location within the FL DOC (as of this date)
Columbia correctional Institution
216 SE Corrections Way
Lake city, Florida 32025-2013

11. Housing and Bunk Assignments for Inmate Warren, Francisco DC#E55088
Between the dates of December 16-27, 2022
South Bay Correctional Facility

12. CC-TV Camera Footage
South Bay Correctional Facility on December 16, 2022
Hours of 9:00am to 4:00pm will show Inmate Warren, Francisco DC#E55088 being released out of Michael Dorm cell M-3104 S back to Open Population

13. All parties to this action.

14. All witnesses listed by other parties, including expert witnesses identified by Plaintiff.

15. All persons whose depositions are taken in this action.

16. Any and all treating and/or examining physician of the Plaintiff, including psychiatrists and psychologists.

17. Any and all record custodians.

18. Any and all persons mentioned in the pleadings, depositions, interrogatories, and responses to requests to produce.

19. Any rebuttal and impeachment witnesses are here to reserved by Plaintiff to be used at trial.

PLAINTIFF RESERVES THE RIGHT TO OBJECT TO ANY AND ALL WITNESSES LISTED BY OTHER PARTIES TO THIS ACTION AND RESERVES THE RIGHT TO AMEND THIS SCHEDULE OF WITNESSES, SHOULD ADDITIONAL WITNESSES BE IDENTIFIED THROUGH DISCOVERY SUBSEQUENT TO THE DATE OF PRETRIAL STIPULATION.

PLAINTIFF HEREBY RESERVES THE RIGHT TO CALL AND/OR PRODUCE ANY AND ALL WITNESSES AND/OR DOCUMENTARY EVIDENCE LISTED BY THE PARTIES, TO CALL ANY AND ALL IMPEACHMENT AND/OR REBUTTAL WITNESSES AND EXHIBITS NECESSARY, AND TO CALL AND/OR PRODUCE ANY AND ALL NEWLY DISCOVERED WITNESSES AND/OR DOCUMENTARY EVIDENCE, UPON NOTICE TO THE PARTIES.

Respectfully,

Ernest J. Venneau 788819
Ernest J. Venneau, Plaintiff

## CERTIFICATION OF SERVICE

**I HEREBY CERTIFY** that true and correct copy of the foregoing document has been placed in the hands of mailroom personnel at Calhoun C.I. for mailing by First Class Mail to:

United States Courthouse
Southern District
701 Clematis Street
West Palm Beach, FL 33401

Defendants through their attorney of record:
Carlos A. Garcia
515 E. Las Olas Blvd.
Suite 1400
Fort Lauderdale, FL 33301

on this __16__ day of December, 2024.

Ernest Joseph Venneau 788819
Ernest Joseph Venneau #788819
Calhoun Correctional Institution
19562 S.E. Institution Dr.
Blountstown, Florida 32424

West Venneau # 788819
Calhoun Correctional institution
19562 SE institution Drive
Blountstown, FL 32424

BY _____
USMS INSPECTED

PENSACOLA FL 325
17 DEC 2024 PM
FIRST-CLASS

ZIP 32424
02 7H
0006199693
US POSTAGE (PITNEY BOWES)
$ 000.69⁰
DEC 16 2024

United States Courthouse
Southern District
701 Clematis Street
West Palm Beach, FL 33401

LEGAL MAIL

33401-510199