**<u>EXHIBIT A</u>**

P-R-e-a

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

### REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO: ☒ Warden    ☐ Assistant Warden    ☐ Secretary, Florida Department of Corrections

From: VENNEAU ErnesT J          788819          SouthBay corrections facility
    Last    First    Middle Initial        Number              Institution

---

**Part A – Inmate Grievance**

ON 12-17-22 I cHecked iN Because my Roomate iN C-1109 tHreatened my Life Because I am Transgender. when I was placed iN m-dorme, SGt Behest put me iN the shower iN wing-1. He came to me and said I do Not have No room to house you, if you go to H-dorme I will make sure No oNe Bothers you. I told him No. I'm iN Fear for my Life, So he put me iN m-2207 with inmate cHristopHe Dean #B01215, who was iN ac-coNfiNement under A P-R-e-a aligation already, and I was under protective managemeNt supose to Be Housed separate, per-cHaptor 33-602.221 (3) (d). ON 12-18-22 and 12-19-22 inmate cHristopHer Dean made me give him oral sex, then he made me Brush my teeth and wash my face, So I would have No semeN on me. ON 12-20-22 I was FiNaly able to talk with SGt muNNiNG when I went to sHower, I told him every thing that happend to please move me outoF M-2207 so he took me Back to my Room and told me to pack my stuFF, I'm Not supose to Be iN that Room I've BeeN iN for Four days Now and I was sexualy assaulted twice, and theN SGt muNNiNG went home and never moved me. ON 12-21-22 oFFicer martiNez had me moved to ~~M-3HH~~ the same time I told oFFicer martiNez and Lt coNe oF my P-R-e-a claim THey told me when they come Back. ON 12-22-22 they will do all my P-R-e-a stuFF and Report it and they did. all staFF were deliberate iNdiFereNt to my saFety and security oF the institutioN.
Relief sought· A Full investigatioN on SGt Behest· for puttiNG me iN that Room and SGt muNNiNG for LeaviNG me iN that room when I reported it to him·

12-27-22                          ErneT VeNeaN 788819
DATE                              SIGNATURE OF GRIEVANT AND.D.C. #

---

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____ / _____
                                                                    #        Signature

**INSTRUCTIONS**

his form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, lorida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

**<u>EXHIBIT B</u>**

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED

FEB 0 9 2023

Department of Corrections
Inmate Grievance Appeals

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden      ☐ Assistant Warden      ☒ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse, on the behalf of:**

VENNEAU, ERNEST J _____ 788819 _____ Mayo Correctional institution
Last    First    Middle Initial           DC Number                    Institution

---

**Part A – Inmate Grievance**                                          23-6-04752

This is A Grievance to report sexual abuse, I am By-passing
South Bay corr facility Because I was threatend if I File A Grievance
I will end up dead like the inmate in m-4202 on 1-1-23. Chapter 33-
103.002 (17)(A)(2) F.A.C. I checked in For my saFety I was put in
room-2207 Where I was Forced to Give christopher Dean #B01215 oral
sex on 12-18-22 and 12-19-22, then on 12-20-22 we came out For shower
I was Finely able to tell SGt munning that I was sexudy assaulted
twice in my Room-2207, So he came Back to get me out oF the shower
and SGt munning told me I was Never supose to Be in that room anyway
he told me to pack my stuFF, So I did and SGt munning leFt me in
that Room and went home, ReView camera in m-dorm 2207 From 9:00pm
until 11:59pm will show him come to my Room look in to talk with the roster
sheet and never move me SGt munning was delibirate indiFerent to
the substantial Risk of another sexual assault and saFety and security
and clearly violated 33-602.220 (4)(d) and 33-602.221 (3)(d).

Relief sought - A Full investigation on SGt munning For leaven me
in that room when I told him I got sexcuty assaulted By my roomate
33-602.221 (3)(d), 33-602.220 (4)(d)

19

WITH AGENCY CLERK

FEB 17 2023

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| VENNEAU, ERNEST | 788819 | 23-6-04752 | MAYO C.I. ANNEX | D42091 |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative appeal is in non-compliance with the Rules of the Department of Corrections, Chapter 33-103, Inmate Grievance Procedure. The rule requires that you first submit your grievance at the appropriate level at the institution. You have not done so, or you have not provided this office with a copy of that grievance, nor have you provided a valid or acceptable reason for not following the rules.

Your PREA allegations have previously been reported.

Upon receipt of this response, if you are within the allowable time frames for processing a grievance, you may resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure.

Based on the foregoing information, your grievance is returned without action.

A. JOHNS

*A. Johns*

2/3/23

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

**RECEIVED**

FEB 09 2023

Department of Corrections
Inmate Grievance Appeals

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden   ☐ Assistant Warden   ☒ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

VENNEAU, ERNEST  J            788819            Mayo correctional institution
Last   First   Middle Initial          DC Number            Institution

**Part A – Inmate Grievance**          23-6-04753

This is A Grievance to Report sexual aBuse, I am By passing south BAY corr Facility, Because I was threatend iF I File A Grievance against SGT Behesti, I will end up dead like the inmate in m-4202 on 1-1-23 he was Killed. 33-103.002 (17) (A) (2) F.A.C. On 12-17-22 I cHecKed in Because my Roomate in C-1109 threatend my LiFe Because I am A Transgender inmate. when I was placed in m-dorme SGT Behesti the GANG SGT put me in m-dorme wing-1 sHower, he came to me and said I do not have no room to house you, iF I go to H-dorme SGT Behesti will make sure nothing Happens to me. I told him no I'm in Fear For my LiFe, I already seen the o-I-c and she had me Fill out A wittness statement that I'm in Fear For my LiFe. So SGT Behesti put me in m-2207 with inmate cHristopHer Dean # B01215, who was in AC-confinement under P-R-e-a aligation already, and I was under Protective management, per cHapter 33-602.221 (3)(d), I was never supose to be Housed with this inmate. on 12-18-22 and 12-19-22 cHristo-pHer Dean made me Give him oral sex on BotH nights and would make me Brush my teetH and wasH my face, so I would have no semen on me. On 12-21-22 Five day's later I was taken out oF m-2207 and put in m-3104 with inmate Randy FoX, in A protective management cell. GanG SGT Behesti was deliberate indiFerent to the substantial Risk oF sexual assault, Knowing I was A transgender inmate.

Relief sought – A Full investigation on GanG SGT Behesti For putting me in that room and violating cHapter 33-602.221 (3(d) and 33-602.220 (4) (d).

2-3-23            Ernest Venneau 788819
DATE            SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:        1
                                                                          #   Signature

**WITH AGENCY CLERK**

**FEB 17 2023**

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| VENNEAU, ERNEST | 788819 | 23-6-04753 | MAYO C.I. ANNEX | D42091 |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative appeal is in non-compliance with the Rules of the Department of Corrections, Chapter 33-103, Inmate Grievance Procedure. The rule requires that you first submit your grievance at the appropriate level at the institution. You have not done so, or you have not provided this office with a copy of that grievance, nor have you provided a valid or acceptable reason for not following the rules.

Your PREA allegations have previously been reported.

Upon receipt of this response, if you are within the allowable time frames for processing a grievance, you may resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure.

Based on the foregoing information, your grievance is returned without action.

A. JOHNS

*A. Johns*                    2/15/23

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

22

## **EXHIBIT C**

**RECEIVED**

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

APR 0 3 2023

Department of Corrections
Inmate Grievance Appeals

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden   ☐ Assistant Warden   ☒ Secretary, Florida Department of Corrections
From or (**IF Alleging Sexual Abuse**) on the behalf of:

VENNEAU, ErNEST J          788819          Mayo-ANNEX
Last    First    Middle Initial          DC Number          Institution

**Part A – Inmate Grievance**          23-6-61080

I am APPEALiNg To the secretary oF F.D.O.C Ive Filed
Four (4) Grievances to the Warden oF mayo-ANNEX and
all Four (4) Disapeared out oF the Locked Grievance Box
oN 1-24-22, THen agaiN oN 2-19-23, THis is coNcerNing
sexual abuse and retaleation By sGt Behesti at south-Bay
cor-Facility. this is the reasoN there is No copies attacHed.
and they are Now retaleating agaiNst me here at mayo-ANNEX
they are covering for south-Bay IVe goT copies oF all
GrievaNces Filed (541 F.3d 1085) oN my P-R-E-A and I have
the copie oF the Grievance I Filed oN 1-27-22 to the
warden oF south Bay I Filed oN camera iN m-3104 at 9:45 Am
uNtil 11:00 A.m will sHow me put the 303 to the warden oF
south Bay and it disapeared. Ive contiNuely tried to ExhusT
my admiNistration remedy and have BeeN met with
THreat's to my LiFe By SGt. BehesTi and Now mayo-ANNEX
is throwing my GrieuaNces away. THis will Be my last APPeal.

Relief sought- to GET this iNvestigation and my AdmiNstraton
Remedy EXhausted.

3-2⊘ Ev 23                    em Venn 78819
DATE                    SIGNATURE OF GRIEVANT AND D.C. #

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**    ___ / ___
                                                                          #        Signature

INSTRUCTIONS

APR 12 2023

**PART B - RESPONSE**

| VENNERO, ERNEST | 788819 | 23-6-10807 | MAYO C.I. ANNEX | D42091 |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative appeal is in non-compliance with the Rules of the Department of Corrections, Chapter 33-103, Inmate Grievance Procedure. The rule requires that you first submit your grievance at the appropriate level at the institution. You have not done so or you have not provided this office with a copy of that grievance, nor have you provided a valid or acceptable reason for not following the rules.

Although your appeal addresses the inmate grievance process, you must follow the routine grievance process as outlined in Chapter 33-103, Inmate Grievance Procedure.

Upon receipt of this response, if you are within the allowable time frames for processing a grievance, you may resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure.

Based on the foregoing information, your grievance is returned without action.

A. Johns

_A. Johns_

4573

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

20

**<u>EXHIBIT D</u>**

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☐ Warden | ☐ Classification | ☐ Medical | ☐ Dental | Mental Healtr |
|---|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☒ Mental Health | ☐ Other | |

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | VENNEAU, ErNest | 788819 | J-1140-5 | inside ground | 12-30-2024 |

**REQUEST**                                    Check here if this is an informal grievance ☒

This is A informal Grievance, to mental Health, For all
document's concerning my prea From 12-22-2022, and
my reFusal here Because I was threatend. also all my
Gender information.

Relief sought to comply with this Discovery order by
united stAtes magistrate Judge, william matthewman.

                    copies AttAched oF
                    the order

All requests will be handled in one of the following ways: 1) Written Information or   2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): [signature]                DC#: 788819

---

**DO NOT WRITE BELOW THIS LINE**

Received

**RESPONSE** 105-2501-0002          **DATE RECEIVED:** | JAN 02 2025

Calhoun CI

Be advised, per policy we cannot accept third party
documentation. The attached will need to be submitted
to us from the court or the lawyers. If you would
like to discuss payment for copies of your records,
submit an inmate request to mental health/
Medical records.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is __Denied__. (Returned, Denied, or Approved). If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): Robyn McCorvey, Calhoun H.S.A Centurion of Florida | Official (Signature): [signature] | Date: 1/7/25 |

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

**EXHIBIT E**

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**TE REQUEST**

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☒ Medical ☐ Mental Health | ☐ Dental records ☐ Other _____ |
|---|---|---|---|---|

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | VENNEAU, ErnesT | 788819 | J-140-5 | insidegrund | 12-30-2024 |

~~REQUEST~~                    Check here if this is an informal grievance ☒

THis is A informal Grievance on the grounds I need
my medical records showing the medication I took for
thirty days from 12-22-2022 my P-R-e-a the day after
rape pill.

Relief sought - to comply with this Discovery order by united
states magistrate Judge william matthewmen

Copies AttacHed. oF
the order

All requests will be handled in one of the following ways: 1) Written Information or   2) Personal Interview.  All informal grievances will be responded to in writing.

Inmate (Signature): Ern Vnn                    DC#: 788819

--- **DO NOT WRITE BELOW THIS LINE** ---

**RESPONSE**   105-2501-0001                    **DATE RECEIVED:**

Received
JAN 0 2 2025
Calhoun CI

You will be placed on a callout with medical records
to discuss payment of the above requested records.
According to our records, this is the first time medical
has received a request for records.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _Denied_ . (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): | Robyn McCorvey | Official (Signature): | | Date: 1/16/25 |
|---|---|---|---|---|

Calhoun H.S.A.
Centurion of Florida

DMN

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to.  If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

TB105-CALHOUN C.I.
19562 SE Institution Dr.   Blountstown, FL 32424
8502376500  Fax: 8502376567

**ERNEST J VENNEAU**
DC# 788819
Race/Sex: White / Male
DOB: 01/18/1971
Facility: 105-CALHOUN C.I.

**12/22/2022 - FL Nurse Protocol Visit: Alleged Sexual Battery,
Provider: Argelia Jimenez, RN, Registerd Nurse, Geo Group
Location of Care: 405-SOUTH BAY C.F.**

## Nurse Visit

**Copay?** No
**Reason for encounter:** EMID(Check if paper form done and scanned in)

## Orders added during this encounter:

HIV AG/AB 4th Generation; Start Date: 01/19/2023
HIV AG/AB 4th Generation; Start Date: 03/15/2023
HIV AG/AB 4th Generation; Start Date: 12/15/2023
Hepatitis B Virus; Start Date: 01/19/2023
Hepatitis B Virus; Start Date: 03/15/2023
Hepatitis B Virus; Start Date: 12/15/2023
Hepatitis C Antibody W/ Reflex RT PCR; Start Date: 01/19/2023
Hepatitis C Antibody W/ Reflex RT PCR; Start Date: 03/15/2023
Hepatitis C Antibody W/ Reflex RT PCR; Start Date: 12/15/2023
Staff Request/Referral; Start Date: 12/22/2022
Staff Request/Referral; Start Date: 12/22/2022
FLORIDA DEPARTMENT OF CORRECTIONS  OFFICE OF HEALTH SERVICES
**ALLEGED SEXUAL BATTERY PROTOCOL**
NOTE:  ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN
OR CLINICIAN.

## SUBJECTIVE:
**Age:** 51 Years Old **PREA Number:** PR-X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

**Current Medications:**
ISENTRESS 400 MG ORAL TABLET (RALTEGRAVIR POTASSIUM) Take 1 tablet twice daily; Route:
ORAL
EMTRICITABINE-TENOFOVIR DF 200-300 MG ORAL TABLET (EMTRICITABINE-TENOFOVIR DF)
Take one tablet daily; Route: ORAL

**Current Problems:**
Rash and other nonspecific skin eruption (ICD-782.1) (ICD10-R21)
HIV counseling (ICD-V65.44) (ICD10-Z71.7)
Screening for HIV (ICD-V73.89) (ICD10-Z11.4)
Post-traumatic stress disorder, unspecified (ICD-309.81) (ICD10-F43.10)

FB105 CALHOUN C.I.
19562 SE Institution Dr.   Blountstown, FL 32424
8502376500  Fax: 8502376567

ERNEST J VENNEAU
DC# 788819
Race/Sex: White / Male
DOB: 01/18/1971
Facility: 105-CALHOUN C.I.

**Medical Hx:** PTSD, RASH, HIV COUNSELING
**Chief Complaint:** " I was sexually assulted by my roomate"
**Date of alleged sexual battery:** 12/18/2022 **Time:** 530 **Greater than 48 hours ago?** Yes
**Location of event (facility)** 405 South Bay
**Specific Location of event:** M3-104
**Brief description of the incident:** " he forced me to perform oral sex on him and he ejaculated on my mouth"
**Patient has:** Changed clothes
**Patient has:** Bathed/showered
**Patient has:** Urinated
**Patient has:** Ingested food/drink
**Additional complaints/injuries:** n/a
**Pain Level:** None
**Last Tetanus toxoid:** unknown

## OBJECTIVE:
**Temp:**  97.9 F **Pulse:** 63 **Resp:** 18 **BP:** 113 / 74 **O2 sat:** 99 % **Weight (lbs):** 206
**Blood sugar, if diabetic:** n/a

**Mentation:** Alert and oriented to: Person, Place, Time, Situation, Teary/Crying
 **Non-life threatening injuries noted:**
**Other comments:** no injuries noted

## REFERRAL ALWAYS REQUIRED
**Clinician notified:**  Yes
**Clinician:** Dr. Matos
**Time notified:** 236

## PLAN:
Assess inmate for any life-threatening condition/injuries- notify clinician immediately and treat accordingly. Use appropriate Nursing Protocol form.
 If the alleged sexual battery occurred greater than 48 hours prior to the inmate reporting it, contact the OIG- Office of the Inspector General before you start collecting evidence.  Staff from the OIG will interview the inmate to determine whether collection of evidence is indicated.
Inmate notified not to wash themselves: iincluding their hands, or their clothing/bedding until instructed otherwise.  Bloody hands should be covered with paper bags - do not cover hands with rubber gloves or plastic garbage bags!
Instruct inmate not to eat or drink anything if assault just occurred and they were made to perform oral sex.
The Office of the Inspector General will determine if the SART should be activated-via Security
Obtain PREA (Prison Rape Elimination Act) number from the OIC.  The PREA number is required to enter the Encounter Form into OBIS- Offender Based Information System.
After care has been completed by SART at the institution, make a mental health referral via "Staff Request/Referral," DC4-529, for the next day.
If alleged perpetrator is known, obtain order from clinician   Following SART examination review medical record to ascertain which of the following lab tests were collected:

TB105-CALHOUN C.I.
19562 SE Institution Dr.  Blountstown, FL 32424
8502376500  Fax: 8502376567

**ERNEST J VENNEAU**
DC# 788819
Race/Sex: White / Male
DOB: 01/18/1971
Facility: 105-CALHOUN C.I.

**SART** HIV, Hepatitis B, Hepatitis C, Syphilis, Gonorrhea, Chlamydia
T-Dap 0.5cc IM or Td 0.5cc IM for open wounds as prescribed by clinician.
Prophylaxis medications given at CI per clinician's orders for: See Post Sexual Battery Medical Action
HSB 15.03.36 for reference
HIV- Rx: insentress 400 mg po bid x 28 days     emtricitrabine/tenofovir 200/300 mg po qd x 28 days

**Orders Added per Protoocol:**
Added new Test order of HIV AG/AB 4th Generation (B688-3) - Signed
Added new Test order of HIV AG/AB 4th Generation (B688-3) - Signed
Added new Test order of HIV AG/AB 4th Generation (B688-3) - Signed
Added new Test order of Hepatitis B Virus (3389-4) - Signed
Added new Test order of Hepatitis B Virus (3389-4) - Signed
Added new Test order of Hepatitis B Virus (3389-4) - Signed
Added new Test order of Hepatitis C Antibody W/ Reflex RT PCR (B125-6) - Signed
Added new Test order of Hepatitis C Antibody W/ Reflex RT PCR (B125-6) - Signed
Added new Test order of Hepatitis C Antibody W/ Reflex RT PCR (B125-6) - Signed
Added new Test order of Staff Request/Referral (NURREQREF) - Signed
Added new Test order of Staff Request/Referral (NURREQREF) - Signed

# EDUCATION:
Inmate instructed on the reason for SART encounter.
Inmate educated on the types of STD tests that were done.
Inmate educated on symptoms to watch for with the above listed STDs.
Inmate instructed on the need for repeat lab work (determined by what prophylaxis Rx was given).
At 4 weeks, 3 months, and 1 year: HIV
Hepatitis B
Hepatitis C
Inmate instructed to take all medication/s until prescription/s is completely gone.
Inmate instructed to keep all medical and behavioral health follow-up appointments.
Inmate advised to return to Medical for onset of new symptoms or to Mental Health for counseling as
needed.
Inmate offered mailing address and/or telephone numbers to local community support group organizations
where available.

**DC4-683AA Additional Comments:** treatement started

DC4-683M Alleged Sexual Battery Protocol (Revised 09/18/20)
This form is not to be amended, revised, or altered without          approval of the Office of Health
Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

FLORIDA DEPARTMENT OF CORRECTIONS  OFFICE OF HEALTH SERVICES
**STAFF REQUEST/REFERRAL**

Directions: Sender (referring/requesting staff) completes section I and signs.  Addressee (responding
staff) completes section II and signs.



ERNEST J VENNEAU
DC# 788819
Race/Sex: White / Male
DOB: 01/18/1971
Facility: 105-CALHOUN C.I.

## SECTION I
**Addressee's Area/Service:** Mental Health

405-SOUTH BAY C.F. Correctional Institution.

## Mental Health Referral
**Clinical Date and Time:** 12/22/2022 2:39 PM
**TO: Addressee's Name** mental health-- D' dieurex **FROM:**
**Senders Name:** Argelia Jimenez, RN, Registerd Nurse, Geo Group **Sender's Area/Service** Mental Health
Inmate Housing:
MM
MM
**Request/Referral Type:** Urgent or Emergent: respond immediately
**Reason for Request/Referral**
**Inmate History includes following factors/events of concern:** Yes
Prea case-- victim
**Orders added:**
Added new Test order of HIV AG/AB 4th Generation (B688-3) - Signed
Added new Test order of HIV AG/AB 4th Generation (B688-3) - Signed
Added new Test order of HIV AG/AB 4th Generation (B688-3) - Signed
Added new Test order of Hepatitis B Virus (3389-4) - Signed
Added new Test order of Hepatitis B Virus (3389-4) - Signed
Added new Test order of Hepatitis B Virus (3389-4) - Signed
Added new Test order of Hepatitis C Antibody W/ Reflex RT PCR (B125-6) - Signed
Added new Test order of Hepatitis C Antibody W/ Reflex RT PCR (B125-6) - Signed
Added new Test order of Hepatitis C Antibody W/ Reflex RT PCR (B125-6) - Signed
Added new Test order of Staff Request/Referral (NURREQREF) - Signed
Added new Test order of Staff Request/Referral (NURREQREF) - Signed

## Dental Referral

## Medical Referral

DC4-529 Staff Referral/Request (Effective 12/12)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

**Electronically signed by Argelia Jimenez, RN, Registerd Nurse, Geo Group on 12/22/2022 at 5:32 PM**

TB105-CALHOUN C.I.
19562 SE Institution Dr.   Blountstown, FL 32424
8502376500  Fax: 8502376567

**ERNEST J VENNEAU**
DC# 788819
Race/Sex: White / Male
DOB: 01/18/1971
Facility: 105-CALHOUN C.I.

**12/22/2022 - FL Provider Visit:  Chron Rec Care**
**Provider: Hipolito Matos, MD, CHO, Geo Group**
**Location of Care: 405-SOUTH BAY C.F.**

## Orders added during this encounter:

Chlamydia/Gonococcus; NAA with Reflex to Trichomonas Vaginalis; NAA (GEO MTC ONLY); Order Number: 2435439-4; Start Date: 12/22/2022
RPR   (GEO MTC ONLY); Order Number: 2435439-3; Start Date: 12/22/2022
HIV Ag/Ab with Reflex (GEO MTC ONLY); Order Number: 2435439-2; Start Date: 12/22/2022
Hepatitis Panel (4) (GEO MTC ONLY); Order Number: 2435439-1; Start Date: 12/22/2022

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**

**Staff type:** Provider
**Reason for visit** Other
**Remarks:** S-This 51 years old has allegation of sexual assault when he was made for other inmate to give him sex oral on more than two occasions. He voices that he feels dirty, abused. He was offered both lab work to detect STD and medication for PEP. He accepted both of them.

O-Patient very concern about previous situation, sat, under respiratory distress, oriented x 3, he almos crying while was question about the whole situation.

A-Alleged oral sexual assault

Plan: RPR, HIV test; HCV test; HBV test, Chlamydia/GN ordered.
        PEP medication Isentress 400 mg po bid for 28 days
        Emtricitrabine/Tenofovir 200/300 mg po qd for 28 days.

**DC4-701 Chronological Record of Health Care (Revised 8/1/17)**
**This form is not to be amended, revised, or altered without    approval of the Office of Health**
**Services Administration.**
**\*\*Disclaimer: All EMR timestamps are Eastern Time Zone\*\***

TB105-CALHOUN C.I.
19562 SE Institution Dr.   Blountstown, FL 32424
8502376500  Fax: 8502376567

ERNEST J VENNEAU
DC# 788819
Race/Sex: White / Male
DOB: 01/18/1971
Facility: 105-CALHOUN C.I.

## Orders added during this encounter:

Hepatitis Panel (4) (GEO MTC ONLY) [322744]
HIV Ag/Ab with Reflex (GEO MTC ONLY) [083935]
RPR   (GEO MTC ONLY) [006072]
Chlamydia/Gonococcus, NAA with Reflex to Trichomonas Vaginalis, NAA (GEO MTC ONLY) [183198]

**Electronically signed by Hipolito Matos, MD, CHO, Geo Group on 12/22/2022 at 3:25 PM**

# 1293089

## NON-FORMULARY MEDICATION REQUEST FORM

Date: 12/27/22

Inmate Name: Ernest Vernon

Inmate DC#: 788819

Inmate DOB: 1/18/71

Allergies: NKDA

Relevant Diagnosis: PEP

Requested Non-Formulary Medication: Isentress

Strength: 400N

Direction: 1 PO BID

Duration: 28 dy

### NON-FORMULARY CAN BE REQUESTED UP TO 120 DAYS

## RATIONALE FOR NON-FORMULARY MEDICATION: PEP

## FORMULARY MEDICATIONS ATTEMPTED(NAME- STRENGTH –DOSAGE OR DIRECTIONS):

Requesting Clinician Name:

H. MATOS, MD
Requesting Clinician Signature:

#12920946

## NON-FORMULARY MEDICATION REQUEST FORM

Date: 12/22/22

Inmate Name: Ernest J. Vonneau

Inmate DC#: 788819

Inmate DOB: 01/18/1971

Allergies: NKDA

Relevant Diagnosis: PEP

Requested Non-Formulary Medication: Emtricitabine Tenofovir

Strength: 200/300 mcg

Direction: Take one daily

Duration: 28 days

NON-FORMULARY CAN BE REQUESTED UP TO 120 DAYS

RATIONALE FOR NON-FORMULARY MEDICATION: PEP

FORMULARY MEDICATIONS ATTEMPTED(NAME- STRENGTH –DOSAGE OR DIRECTIONS):

Requesting Clinician Name:

H. MATOS, MD

Requesting Clinician Signature:

**<u>EXHIBIT F</u>**

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:23-cv-80666-JEM

ERNEST JOSEPH VENNEAU,

        Pro Se Plaintiff,

v.

GEO GROUP CORPORATION d/b/a SOUTH
BAY CORRECTIONAL FACILITY,
SERGEANT BEHESTI, AND SERGEANT
MUNNING,

        Defendants.

_____/

## **DEFENDANT'S SUPPLEMENTAL REQUEST FOR PRODUCTION**

Pursuant to Fed. R. Civ. P. 34, Defendants, Sergeant Behesti and Sergeant Munning, request the Plaintiff, Ernest Joseph Venneau, produce the following documents to the undersigned counsel, in the time prescribed by the Federal Rules of Civil Procedure.

1. Please complete, sign, and return the attached authorization form.

*[The rest of this page is intentionally left blank.]*

I SenT THis relecse Today To DeFendants
counsel

PROVIDED FOR MAILING
AT CALHOUN C! ON

NOV 1 3 2024

STAFF INITIALS_____
INMATE INITIALS_____

CASE NO. 9:23-cv-80666-JEM

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a copy hereof has been served via certified mail to: Ernest Joseph Venneau, sent *Via Certified Mail, Tracking # 9414 8149 0226 9393 5511 39, Calhoun Correctional Institution, Inmate#788819, 19562 SE Institution Drive, Blountstown, Florida 32424* on this 1st day of November, 2024.

*/s/ Jaclyn M. Lopez*
Jaclyn Lopez, Esquire

## SERVICE LIST

Ernest Joseph Venneau
ID# 788819
Calhoun Correctional Institution
19562 SE Institution Drive
Blountstown, FL 32424-5156

- 2 -